UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - CIVIL GENERAL

CASE NO. 8:06-CV-1673-T-27TGW    DATE: JULY 1, 2008

TITLE: JOSEPH NOVAK -v- ACKLEY, ACKLEY & WISE, et al.

TIME: 10:34 - 10:57

| Honorable THOMAS G. WILSON<br>Tape: Digital | Deputy Clerk: Carrie Williams<br>Courtroom 12A |
|---|---|
| Attorneys for Plaintiff<br>Kim Vance<br>Lowell Walters | Attorney for Defendant<br>Jason Collier |

## PROCEEDING: M/COMPEL (40, 41)

Court convened. Plaintiff presented copies of exemplars relating to motion; oral argument by plaintiff (10:38); response by defendant (10:48); motion will be GRANTED; order to follow.