UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH NOVAK,

    Plaintiff,

v.                                      CASE No. 8:06-CV-1673-T-27TGW

ACKLEY, ACKLEY, WISE, et al.,

    Defendants.
_____:

## ORDER

THIS CAUSE came on to be heard upon the Plaintiff's Motion to Compel Defendant to Produce Documents in Unredacted Form and for Related Protective Order Allowing HIPAA Disclosures (Doc. 40), and the response thereto (Doc. 41). For the reasons stated at the hearing, it is, therefore, upon consideration

ORDERED:

That the Plaintiff's Motion to Compel Defendant to Produce Documents in Unredacted Form and for Related Protective Order Allowing HIPAA Disclosures (Doc. 40) be, and the same is hereby GRANTED, and the defendants shall, within thirty (30) days from the date of this Order, provide the requested documents in unredacted form. Moreover, so there

is no uncertainty about the matter, any such records are covered by the confidentiality order that is already in place. Records produced pursuant to this Order shall, at the conclusion of the litigation, either be returned to the defendants, or destroyed.

DONE and ORDERED at Tampa, Florida, this \_\_\_\_ day of July, 2008.

```
                    THOMAS G. WILSON
              UNITED STATES MAGISTRATE JUDGE
```